PS 8
(3/15)

Case 2:19-cr-00008-SAB    ECF No. 142    filed 03/14/19    PageID.472    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.    Birdtail, Shawnee    Docket No.    2:19CR00008-SAB-3

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shawnee Birdtail, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 21st day of February 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, a random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Shawnee Birdtail is alleged to have tested positive for the presence of amphetamine and methamphetamine on February 26, 2019.

On February 26, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Birdtail. She acknowledged an understanding of the conditions, which included standard condition #9.

On February 26, 2019, Ms. Birdtail provided a urine sample that tested presumptive positive for the presence of amphetamine and methamphetamine. Ms. Birdtail denied knowingly ingesting methamphetamine. However, she stated she had recently ingested an unknown pill given to her by her sister. The urine sample was sent to Alere Toxicology for further analysis.

On March 13, 2019, Alere confirmed the aforementioned urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #2:** Shawnee Birdtail admitted to ingesting heroin on March 8 and 9, 2019.

On February 26, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Birdtail. She acknowledged an understanding of the conditions, which included standard condition #9.

On March 12, 2019, Ms. Birdtail reported to the U.S. Probation Office to submit to drug testing. Ms. Birdtail was unable to provide a urine specimen. However, Ms. Birdtail admitted she smoked heroin on March 8, and 9, 2019, and signed a substance abuse admission form.

**Violation #3:** Shawnee Birdtail failed to report for random drug testing on March 11, 2019.

On February 26, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Birdtail. She acknowledged an understanding of the conditions, which included additional condition number 27.

Also on February 26, 2019, Ms. Birdtail was referred to the phase urinalysis testing program at Pioneer Human Services (PHS). Ms. Birdtail was instructed to contact PHS on a daily basis to determine if she is required to submit to random drug testing.

On March 11, 2019, Ms. Birdtail failed to report for random drug testing at PHS.

On March 12, 2019, the undersigned officer confronted Ms. Birdtail about her failure to appear for drug testing. Ms. Birdtail advised she left her phone at a mall and did not call PHS on March 11, 2019.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2019

by  s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer
March 14, 2019
Date