PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 29, 2019**

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

U.S.A. vs.          Birdtail, Shawnee          Docket No.          2:19CR00008-SAB-3

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shawnee Birdtail, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 21st day of February 2019, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, a random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.  Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** Shawnee Birdtail is alleged to have failed to report as instructed by the U.S. Probation Office.

On February 26, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Birdtail.  She acknowledged an understanding of the conditions, which included standard condition #6.

On March 12, 2019, Ms. Birdtail reported to the U.S. Probation Office for a meeting.  During that meeting, Ms. Birdtail admitted to smoking heroin, which has been previously reported to the Court.  Also during that meeting, Ms. Birdtail reported that a substance abuse  evaluation was scheduled for April 2, 2019.  Due to her use of heroin and the length of time until her substance abuse evaluation, the undersigned officer instructed Ms. Birdtail to report to the U.S. Probation Office on a daily basis.

Mr. Birdtail reported to the U.S. Probation Office on March 13, 2019.  On March 14, 2019, Ms. Birdtail sent the undersigned officer a text message advising she was sick and may need to go to the emergency room.  The undersigned officer excused her from reporting to the U.S. Probation Office on March 14, 2019.  Ms. Birdtail was instructed to contact the undersigned officer the following day.  She failed to do so.

Ms. Birdtail has not reported or contacted the undersigned officer since March 14, 2019.  Multiple attempts to contact Ms. Birdtail by telephone, text message, through family members and at her residence have been unsuccessful.

**Violation #5:** Shawnee Birdtail is alleged to have failed to report for random drug testing on March 18, and 25, 2019.

On February 26, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Birdtail.  She acknowledged an understanding of the conditions, which included additional condition number 27.

PS-8

**Re: Birdtail, Shawnee**
**March 28, 2019**
**Page 2**

Also on February 26, 2019, Ms. Birdtail was referred to the phase urinalysis testing program at Pioneer Human Services (PHS). Ms. Birdtail was instructed to contact PHS on a daily basis to determine if she is required to submit to random drug testing.

Available records indicate Ms. Birdtail failed to report for random drug testing on March 18, and 25, 2019.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE
VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     March 28, 2019

by     s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[  ]     No Action
[X]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

Signature of Judicial Officer

March 29, 2019

Date