PROB 12C
(6/16)

Report Date: May 21, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shawnee Birdtail | Case Number: 0980 2:19CR00008-SAB-3 |
| Address of Offender: | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 26, 2021

| | | |
|---|---|---|
| Original Offense: | Harboring a Fugitive from Justice, 18 U.S.C. § 1071 | |
| Original Sentence: | Prison - 304 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: March 10, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 9, 2024 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: It is alleged that Ms. Birdtail violated special condition number 3 of her supervised release by failing to attend substance abuse treatment at Pioneer Human Services (PHS) on or about, May 3, 10 and 13, 2021.<br><br>On March 10, 2021, supervision commenced in this matter.  Ms. Birdtail entered inpatient treatment at Pioneer Center East (PCE) that same day.  On March 11, 2021, a supervision intake was completed by phone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgement was read to her over the phone.  She signed the document in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 3, noted above.<br><br>On April 18, 2021, she successfully completed inpatient treatment at PCE.  On April 22, 2021, she attended her admit appointment to enroll in intensive outpatient treatment with Pioneer Human Services (PHS).  She was expected to attend group sessions 3 days per week. |

Prob12C
**Re: Birdtail, Shawnee**
**May 21, 2021**
**Page 2**

Ms. Birdtail missed a group session on April 22, 2021, due to logging in late. She then failed to attend a group session on April 26, 2021. The undersigned spoke to her about these incidences and reminded her of the expectation to appear for group and to appear on time.

She has since failed to attend treatment group sessions on May 3, 10, and 13, 2021.

2       **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Birdtail violated special condition number 4 of her supervised release, by consuming a controlled substance, morphine on or about May 8, 2021.

On March 10, 2021, supervision commenced in this matter. Ms. Birdtail entered inpatient treatment at Pioneer Center East that same day. On March 11, 2021, a supervision intake was completed by phone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgement was read to her over the phone. She signed the document in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 4, noted above.

On May 10, 2021, Ms, Birdtail appeared at PHS and submitted to a random urinalysis test. The urine sample she provided tested presumptive positive for opiates. She admitted to using on May 8, 2021; however, she did not specify to the PHS staff as to what substance she used. The sample was sent to the laboratory and was confirmed to have a positive presence for morphine. It should also be noted, the sample was determined to be a dilute specimen, indicating efforts by Ms. Birdtail to avoid detection of her drug use.

On May 11, 2021, the undersigned spoke with Ms. Birdtail. She advised she decided to go to a bar and drink to intoxication. She advised she "ran into some people at the bar" and ended up using "mexi pills." Ms. Birdtail indicated she did not know what "mexi pills" were despite her decision to use them. "Mexi pills" are a known street drug, sometimes oxycodone laced with fentanyl. However, the confirmed positive for morphine is more likely consistent with the use of heroin.

3       **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Birdtail violated special condition number 4 of her supervised release by failing to appear for urinalysis testing or about May 14 and 17, 2021.

On March 10, 2021, supervision commenced in this matter. Ms. Birdtail entered inpatient treatment at Pioneer Center East that same day. On March 11, 2021, a supervision intake was completed by phone. All intake documents were emailed to her counselor at PCE. Ms.

Prob12C
**Re: Birdtail, Shawnee**
**May 21, 2021**
**Page 3**

Birdtail's judgement was read to her over the phone. She signed the document in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 4, noted above.

On April 18, 2021, Ms. Birdtail was discharged from inpatient treatment. On April 20, 2021, the undersigned met with Ms. Birdtail and advised her that she would be required to participate in random urinalysis testing with PHS. She was advised to call the testing line daily to determine if she was required to drug test that day.

On May 14, 2021, Ms. Birdtail failed to appear for a random urinalysis test at PHS. On May 17, 2021, the undersigned left Ms, Birdtail a message directing her to report for drug testing that day and to contact the undersigned. Ms. Birdtail failed to do so.

4       **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Ms. Birdtail violated special condition number 3 of her supervised release by failing to attend an individual session with her substance abuse treatment counselor at Pioneer Human Services on or about, May 19, 2021.

On March 10, 2021, supervision commenced in this matter. Ms. Birdtail entered inpatient treatment at Pioneer Center East that same day. On March 11, 2021, a supervision intake was completed by phone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgement was read to her over the phone. She signed the document in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 3, noted above.

On April 18, 2021, she successfully completed inpatient treatment at PCE. On April 22, 2021, she attended her admit appointment to enroll in intensive outpatient treatment with PHS. She was expected to attend group sessions 3 days per week as well as a weekly individual session with the treatment counselor.

It was reported that her individual sessions are scheduled at the same time each Wednesday.

PHS advised she failed to attend an individual session on May 19, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Birdtail, Shawnee
May 21, 2021
Page 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/21/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/24/2021

Date