PROB 12C
(6/16)

Report Date: June 8, 2021

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2021

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shawnee Birdtail | Case Number: 0980 2:19CR00008-SAB-3 |
| Address of Offender: | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 26, 2021

| | | |
|---|---|---|
| Original Offense: | Harboring a Fugitive from Justice, 18 U.S.C. § 1071 | |
| Original Sentence: | Prison - 304 days; TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: March 10, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 9, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/24/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**:  It is alleged that Ms. Birdtail violated special condition number 3 of her supervised release by failing to attend an individual session with her substance abuse treatment counselor at Pioneer Human Services (PHS) on or about, May 26, 2021.<br><br>On March 10, 2021, supervision commenced in this matter.  Ms. Birdtail entered inpatient treatment at Pioneer Center East (PCE) that same day.  On March 11, 2021, a supervision intake was completed by phone. All intake documents were emailed to her counselor at PCE.  Ms. Birdtail's judgement was read to her over the phone.  She signed the document in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 3, noted above. |

Prob12C
Re: Birdtail, Shawnee
June 8, 2021
Page 2

On April 18, 2021, she successfully completed inpatient treatment at PCE. On April 22, 2021, she attended her admit appointment to enroll in intensive outpatient treatment with PHS. She was expected to attend group sessions 3 days per week as well as a weekly individual session with the treatment counselor.

It was reported that her individual sessions are scheduled at the same time each Wednesday.

PHS advised she failed to attend an individual session on May 26, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/07/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/9/2021

Date