PROB 12C
(6/16)

Report Date: June 15, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Shawnee Birdtail     Case Number: 0980 2:19CR00008-SAB-3

Address of Offender:     Spokane Valley, WA 99206

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 26, 2021

Original Offense:     Harboring a Fugitive from Justice, 18 U.S.C. § 1071

Original Sentence:     Prison - 304 days     Type of Supervision: Supervised Release
                       TSR - 36 days

Asst. U.S. Attorney:   Patrick Cashman     Date Supervision Commenced: March 10, 2021

Defense Attorney:      Federal Defenders Office     Date Supervision Expires: March 9, 2024

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/24/2021 and 06/09/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: It is alleged that Ms. Birdtail violated special condition number 3 of her supervised release by failing to attend substance abuse treatment at Pioneer Human Services (PHS) on or about, June 11, 2021. |
| | On March 10, 2021, supervision commenced in this matter. Ms. Birdtail entered inpatient treatment at Pioneer Center East (PCE) that same day. On March 11, 2021, a supervision intake was completed by phone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgement was read to her over the phone. She signed the document in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 3, noted above. |

Prob12C
Re: Birdtail, Shawnee
June 15, 2021
Page 2

On April 18, 2021, she successfully completed inpatient treatment at PCE. On April 22, 2021, she attended her admit appointment to enroll in intensive outpatient treatment with Pioneer Human Services (PHS). She was expected to attend group sessions 3 days per week.

On June 11, 2021, she failed to attend a substance abuse group session as scheduled.

7   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Birdtail violated special condition number 4 of her supervised release by failing to appear for urinalysis testing or about June 11, 2021.

On March 10, 2021, supervision commenced in this matter. Ms. Birdtail entered inpatient treatment at Pioneer Center East that same day. On March 11, 2021, a supervision intake was completed by phone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgement was read to her over the phone. She signed the document in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 4, noted above.

On April 18, 2021, Ms. Birdtail was discharged from inpatient treatment. On April 20, 2021, the undersigned met with Ms. Birdtail and advised her that she would be required to participate in random urinalysis testing with PHS. She was advised to call the testing line daily to determine if she was required to drug test that day.

On June 11, 2021, Ms. Birdtail failed to appear for a random urinalysis test at PHS.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/15/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Birdtail, Shawnee**
**June 15, 2021**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*/s/ Stanley A. Bastian*
Signature of Judicial Officer

6/15/2021
Date