PROB 12C
(6/16)

Report Date: July 8, 2021

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2021

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shawnee Birdtail | Case Number: 0980 2:19CR00008-SAB-3 |
| Address of Offender: | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 26, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Harboring a Fugitive from Justice, 18 U.S.C. § 1071 | | |
| Original Sentence: | Prison - 304 days<br>TSR - 36 days | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | March 10, 2021 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | March 9, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/24/2021, 06/09/2021 and 06/15/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  It is alleged that Ms. Birdtail violated special condition number 4 of her supervised release by failing to appear for urinalysis testing or about July 1, 2021. |
| | On March 10, 2021, supervision commenced in this matter.  Ms. Birdtail entered inpatient treatment at Pioneer Center East (PCE) that same day.  On March 11, 2021, a supervision intake was completed by telephone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgment was read to her over the telephone.  She signed the documents in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 4, noted above. |
| | On April 18, 2021, Ms. Birdtail was discharged from inpatient treatment.  On April 20, 2021, the undersigned met with Ms. Birdtail and advised her that she would be required to |

Prob12C
Re: Birdtail, Shawnee
July 8, 2021
Page 2

participate in random urinalysis testing with Pioneer Human Services (PHS). She was advised to call the testing line daily to determine if she was required to drug test that day.

On July 1, 2021, Ms. Birdtail failed to appear for a random urinalysis test at PHS as directed.

9   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Birdtail violated special condition number 4 of her supervised release by consuming a controlled substance, fentanyl and methamphetamine, on or about July 4, 2021.

On March 10, 2021, supervision commenced in this matter. Ms. Birdtail entered inpatient treatment at PCE that same day. On March 11, 2021, a supervision intake was completed by telephone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgment was read to her over the telephone. She signed the documents in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 4, noted above.

On July 8, 2021, Ms. Birdtail reported to the U.S. Probation Office as directed for the purpose of submitting to urinalysis testing.

She tested presumptive positive for methamphetamine and fentanyl. She initially denied use, but ultimately admitted to ingesting both substances around July 4, 2021. She then signed a drug use admission form.

10  **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Ms. Birdtail violated special condition number 3 of her supervised release by failing to attend substance abuse treatment, specifically an individual group session, at PHS on or about, July 8, 2021.

On March 10, 2021, supervision commenced in this matter. Ms. Birdtail entered inpatient treatment at PCE that same day. On March 11, 2021, a supervision intake was completed by telephone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgment was read to her over the telephone. She signed the documents in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 3, noted above.

On April 18, 2021, Ms. Birdtail successfully completed inpatient treatment at PCE. On April 22, 2021, she attended her admit appointment to enroll in intensive outpatient treatment with PHS. She was expected to attend group sessions 3 days per week.

Prob12C
**Re: Birdtail, Shawnee**
**July 8, 2021**
**Page 3**

On July 8, 2021, she failed to attend her individual group session with her counselor at PHS, which was scheduled to be conducted telephonically.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/08/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

7/9/2021
Date