PROB 12C
(6/16)

Report Date:  July 14, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shawnee Birdtail         Case Number: 0980 2:19CR00008-SAB-3

Address of Offender:                                              Spokane Valley,
Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 26, 2021

| | | |
|---|---|---|
| Original Offense: | Harboring a Fugitive from Justice, 18 U.S.C. § 1071 | |
| Original Sentence: | Prison - 304 days TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: March 10, 2021 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: March 9, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/24/2021, 06/09/2021, 06/15/2021 and 07/09/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Ms. Birdtail violated the terms of her supervised release by consuming a controlled substance, fentanyl and methamphetamine, on or about July 7, 2021.

On March 10, 2021, supervision commenced in this matter.  Ms. Birdtail entered inpatient treatment at Pioneer Center East (PCE) that same day.  On March 11, 2021, a supervision intake was completed by telephone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgment was read to her over the telephone.  She signed the documents in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 4, noted above.

Prob12C
**Re: Birdtail, Shawnee**
**July 14, 2021**
**Page 2**

On July 8, 2021, Ms. Birdtail reported to the U.S. Probation Office as directed for the purpose of submitting to urinalysis testing.

She tested presumptive positive for methamphetamine and fentanyl. She initially denied use, but ultimately admitted to ingesting both substances around July 4, 2021. She then signed a drug use admission form. (See violation number 9, noted in the petition filed on July 9, 2021).

On July 9, 2021, Ms. Birdtail disclosed to her treatment provider at Pioneer Human Services, that she had actually last used fentanyl and methamphetamine on July 7, 2021, the same day she had Court.

On July 12, 2021, during a home contact, the undersigned inquired about her use. She admitted she used fentanyl and methamphetamine on July 7, 2021, and indicated she was too afraid to disclose it sooner.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/14/2021
_____

s/Melissa Hanson
_____

Melissa Hanson
U.S. Probation Officer

**Prob12C**
**Re: Birdtail, Shawnee**
**July 14, 2021**
**Page 3**

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]    Defendant to appear before the Judge assigned to the
          case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

7/14/2021
_____
Date