PROB 12C
(6/16)

Report Date: August 19, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shawnee Birdtail | Case Number: 0980 2:19CR00008-SAB-3 |
| Address of Offender: | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 26, 2021

| | |
|---|---|
| Original Offense: | Harboring a Fugitive from Justice, 18 U.S.C. § 1071 |
| Original Sentence: | Prison - 304 days<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman |
| | Date Supervision Commenced: March 10, 2021 |
| Defense Attorneys: | John Barto McEntire, IV<br>Payton B. Martinez |
| | Date Supervision Expires: March 9, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/24/2021, 06/09/2021, 06/15/2021, 07/09/2021 and 07/14/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: It is alleged that Ms. Birdtail violated special condition number 3 of her supervised release by failing to attend a substance abuse treatment group session, at Pioneer Human Services (PHS), on or about, August 9, 2021.<br><br>On March 10, 2021, supervision commenced in this matter. Ms. Birdtail entered inpatient treatment at Pioneer Center East (PCE) that same day. On March 11, 2021, a supervision intake was completed by telephone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgment was read to her over the telephone. She signed the documents in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 3, noted above. |

Prob12C
**Re: Birdtail, Shawnee**
**August 19, 2021**
**Page 2**

On April 18, 2021, Ms. Birdtail successfully completed inpatient treatment at PCE. On April 22, 2021, she attended her admit appointment to enroll in intensive outpatient treatment with PHS. She was expected to attend group sessions 3 days per week.

On August 9, 2021, she failed to attend a treatment group session at PHS, which was scheduled to be conducted telephonically.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 19, 2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Stanley A. Bastian
Signature of Judicial Officer

8/19/2021
Date