PROB 12C
(6/16)

Report Date: November 10, 2021

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shawnee Birdtail | Case Number: 0980 2:19CR00008-SAB-3 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 26, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Harboring a Fugitive from Justice, 18 U.S.C. § 1071 | | |
| Original Sentence: | Prison - 304 days<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | March 10, 2021 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | March 9, 2024 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: It is alleged that Shawnee Birdtail violated the terms of her supervised release by failing to attend substance abuse treatment group sessions, on or about October 8, 22, and 25, 2021. |
| | On March 10, 2021, supervision commenced in this matter.  Ms. Birdtail entered inpatient treatment at Pioneer Center East (PCE) that same day.  On March 11, 2021, a supervision intake was completed by telephone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgment was read to her over the telephone.  She signed the documents in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 3, noted above. |

Prob12C
**Re: Birdtail, Shawnee**
**November 10, 2021**
**Page 2**

Ms. Birdtail is engaged in outpatient substance abuse treatment services with Pioneer Human Services (PHS).

PHS advised the undersigned that Ms. Birdtail failed to attend group sessions on October 8, 22, and 25, 2021. With regard to the October 22, 2021, missed session, PHS did advise she had logged into group, but did not respond during the group time so was, therefore, removed from the group.

2    **Special Condition #** 4: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Shawnee Birdtail violated the terms of her supervised release by failing to appear for random drug testing at PHS, on or about October 6 and 13, 2021.

On March 10, 2021, supervision commenced in this matter. Ms. Birdtail entered inpatient treatment at PCE that same day. On March 11, 2021, a supervision intake was completed by telephone. All intake documents were emailed to her counselor at PCE. Ms. Birdtail's judgment was read to her over the telephone. She signed the documents in the presence of her counselor, indicating an acknowledgment of the conditions imposed by the Court, to include special condition number 4, noted above.

Ms. Birdtail is enrolled in phase drug testing at PHS. She is expected to call the drug testing line daily to determine if her color, Brown, is called. She is expected to appear for testing on the days her color is called.

Ms. Birdtail failed to appear for random drug testing on October 6 and 13, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/10/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Birdtail, Shawnee**
**November 10, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/10/2021

Date