# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>-vs-<br><br>SHAWNEE BIRDTAIL,<br><br>           Defendant. | Case No.    2:19-CR-008-SAB-3<br><br>CRIMINAL MINUTES<br><br>DATE:    APRIL 7, 2022<br><br>LOCATION:    SPOKANE, WA<br><br>REVOCATION OF SUPERVISED RELEASE HEARING |

| CHIEF JUDGE STANLEY A. BASTIAN | | | |
|---|---|---|---|
| Michelle Fox<br>**Courtroom Deputy** | 01<br>**Law Clerk** | **Interpreter** | Crystal Hicks<br>**Court Reporter** |
| Richard Barker<br>**Government Counsel** | | Payton Martinez<br>**Defense Counsel** | |
| **United States Probation Officer:** | | | |

[X] Open Court          [ ] Chambers          [ ] Telecon/Video

Defendant NOT present.

Continuation from hearing on February 4, 2022.

Court asks counsel if they have heard from defendant.

P. Martinez has not heard from her client.

R. Barker has nothing further to add.

Court indicates that there is a warrant so will reset the hearing once she is arrested.

[ ] **ORDER FORTHCOMING**

| CONVENED: 11:00 A.M. | ADJOURNED: 11:03 A.M. | TIME: 03 MIN. | CALENDARED    [ X ] |
|---|---|---|---|